## Chicago Union Traction Company v. Flora Sugar.

### Gen. No. 11,425.

This case is controlled by the decision in Chicago City Railway Company v. Sugar, *ante*, p. 578.

Action on the case for personal injuries. Appeal from the Circuit Court of Cook County; the Hon. JOHN GIBBONS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1903. Reversed and remanded. Opinion filed January 6, 1905. Rehearing denied January 24, 1905.

JOHN A. ROSE and LOUIS BOISOT, for appellant; W. W. GURLEY, of counsel.

A. B. MELVILLE and WILLIAM H. JOHNSON, for appellee.

PER CURIAM.

The judgment in this record having been reversed by this court in Chicago City Railway Company v. Flora Sugar, *ante*, p. 578, the same order must be entered in this case.

*Reversed and remanded.*